Gerti MUHO, Plaintiff
Below, Appellant,

v.

WILMINGTON TRUST, NATIONAL
ASSOCIATION, Defendant
Below, Appellee.

No. 386, 2015D

Supreme Court of Delaware.

Submitted: January 8, 2016
Decided: March 9, 2016

Court Below: Superior Court of the
State of Delaware, C.A. No. N14C-08-170

AFFIRMED.